## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case: 1:21−mj−00325 |
| | : | Assigned To : Meriweather, Robin M. |
| | : | Assign. Date : 3/18/2021 |
| **v.** | : | Description: Complaint w/ Arrest Warrant |
| | : | **VIOLATIONS:** |
| | : | |
| **ETHAN C. SEITZ,** | : | **18 U.S.C. §§ 1752(a)(1) and (2)** |
| | : | **(Knowingly Entering or Remaining in any** |
| | : | **Restricted Building or Grounds Without** |
| | : | **Lawful Authority)** |
| | : | |
| **Defendant.** | : | **40 U.S.C. §§ 5104(e)(2)(D) and (G)** |
| | : | **(Violent Entry and Disorderly Conduct on** |
| | : | **Capitol Grounds)** |

## ORDER

This matter having come before the Court pursuant to the application of the United States

to seal the criminal complaint and other related materials, the Court finds that, because of such

reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of

or tampering with evidence, and serious jeopardy to the investigation, the United States has

established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and

that the affidavit in support of criminal complaint and other related materials, the instant

application to seal, and this Order are sealed until the arrest warrants are executed.

2. IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the

public docket of the arrest warrant until it is executed.

Date:   March 18, 2021

_____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE

4