UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No.: 21-MJ-325 |
| : | |
| ETHAN C. SEITZ, : | |
| : | |
| Defendant. : | |

**NOTICE OF FILING DISCOVERY CORRESPONDENCE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby files its March 30, 2021 discovery letter in this case, which was served as an attachment via ECF on counsel for the defendant.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

By:  __/s/ *Alexis J. Loeb*__
Alexis J. Loeb
California Bar No. 269895
Assistant United States Attorney
Detailee
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, DC 20001
Tel. (415) 436-7168
alexis.loeb@usdoj.gov

## CERTIFICATE OF SERVICE

On this 30th day of March, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                        /s/ *Alexis J. Loeb*
                                        Alexis J. Loeb
                                        Assistant United States Attorney
                                        Detailee