UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 21-cr-279-DLF |
| | : | |
| **ETHAN C. SEITZ,** | : | |
| Defendant. | : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby files its April 22, 2021 discovery letter in this case, which was served as an attachment via ECF on counsel for the defendant.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        ACTING UNITED STATES ATTORNEY
        D.C. Bar No. 415793

By:    /s/ *Alexis J. Loeb*
        Alexis J. Loeb
        California Bar No. 269895
        Assistant United States Attorney
        Detailee
        450 Golden Gate Avenue, 11th Floor
        San Francisco, CA 94102
        Tel. (415) 436-7168
        alexis.loeb@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 22nd day of April, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                         /s/ *Alexis J. Loeb*
                                         Alexis J. Loeb
                                         Assistant United States Attorney
                                         Detailee