UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | Case No.: 21-cr-279-DLF |
| | : | |
| | : | |
| **ETHAN C. SEITZ,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DISCOVERY CORRESPONDENCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby provides notice that, on June 30, 2021, it sent an e-mail to counsel for the defendant providing court records relating to defendant's criminal history. Because the e-mail also addressed plea negotiations, it will not be attached to this filing.

                        Respectfully submitted,

                        CHANNING D. PHILLIPS
                        ACTING UNITED STATES ATTORNEY
                        D.C. Bar No. 415793

By:     /s/ *Alexis J. Loeb*
        Alexis J. Loeb
        California Bar No. 269895
        Assistant United States Attorney
        Detailee
        450 Golden Gate Avenue, 11th Floor
        San Francisco, CA 94102
        Tel. (415) 436-7168
        alexis.loeb@usdoj.gov

## CERTIFICATE OF SERVICE

On this 30th day of June, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                      /s/ *Alexis J. Loeb*
                                                      Alexis J. Loeb
                                                      Assistant United States Attorney
                                                      Detailee