# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Case No.: 21-cr-279-DLF |
| | : | |
| **ETHAN C. SEITZ,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF DISCOVERY CORRESPONDENCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby files its April 22, 2021 discovery letter in this case, which was served as an attachment via ECF on counsel for the defendant.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

By:   /s/ *Alexis J. Loeb*
Alexis J. Loeb
California Bar No. 269895
Assistant United States Attorney
Detailee
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
Tel. (415) 436-7168
alexis.loeb@usdoj.gov

## CERTIFICATE OF SERVICE

On this 13th day of September, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                       /s/ *Alexis J. Loeb*
                                                       Alexis J. Loeb
                                                       Assistant United States Attorney
                                                       Detailee