UNITED STATES DISTRICT COURT
DISTRICT OF OLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br>v.<br><br>ETHAN SEITZ,<br><br>   Defendant. | Case No. 21-cr-279 (DLF) |

MOTION TO CONTINUE

Mr. Ethan Seitz currently has a motions hearing scheduled for August 17, 2022. Mr. Seitz, through counsel, respectfully requests a continuance until July 14, 2022 to file the requisite motions in this matter. The Government has no objection to this request.

Due to recent scheduling issues as a result of changes in case load, counsel requires additional time to file the motions required for the upcoming hearing. In light of this request, Mr. Seitz, through counsel, has no objection to exclusion of time under the Speedy Trial Act until the date of the next hearing.

For the aforementioned reason, Mr. Seitz respectfully requests the Court grant this continuance.

Respectfully submitted,

A. J. Kramer
Federal Public Defender

/s/
Jose A. German
Assistant Federal Public Defender

625 Indiana Avenue, N.W.
Washington, D.C.  20004