UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:21-cr-279 (DLF) |
| | : | |
| v. | : | |
| | : | January 3, 2023 |
| ETHAN C. SEITZ | : | |

## JOINT STATUS REPORT REGARDING TRIAL SCHEDULE

The United States of America, through undersigned counsel, and the Defendant, Ethan Seitz, through his counsel, hereby inform the Court of the parties' availability for trial, pursuant to the Court's December 7, 2022 Minute Order. Given conflicting trial schedules, counsel for the United States and the Defendant are not mutually available for trial until September 5, 2023. Accordingly, the parties are available for trial the weeks of September 5, September 11, October 23, or October 30, 2023. If the Court schedules trial for those dates, the Defendant will waive his right to a speedy trial until the commencement of trial.

Respectfully submitted,

FOR THE DEFENDANT

ETHAN C. SEITZ
Defendant

  /s/ Jose Alejandro German
Jose Alejandro German
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF COLUMBIA
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004
Ph: (202) 208-7500 ext 133
Fax: (202) 208-7515
Email: jose_german@fd.org

FOR THE UNITED STATES

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

/s/Katherine E. Boyles
KATHERINE E. BOYLES
ALEXIS JANE LOEB
ASSISTANT U.S. ATTORNEYS
D. Conn. Fed. Bar No. PHV20325
United States Attorney's Office
Capitol Siege Section
601 D Street NW
Washington, D.C. 20530
Ph: 203-931-5088
Katherine.boyles@usdoj.gov