**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 21-cr-279 (DLF)** |
| | ) | |
| **ETHAN SEITZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of Assistant Federal Public Defender Elizabeth Mullin on

behalf of the defendant, Ethan Seitz, in the above captioned matter.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

_____
ELIZABETH MULLIN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Elizabeth_Mullin@fd.org