**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Case No. : 21-CR-279 (DLF)** |
| **ETHAN SEITZ,** | : | |
| **Defendant.** | : | |

**NOTICE OF CHANGE IN COUNSEL**
**FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER**

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Ubong Akpan has assumed responsibility for the defense of Ethan Seitz as co-counsel in the above-captioned case. This case had previously been assigned to Assistant Federal Public Defender Jose German.

Respectfully submitted,

_____/s/_____
Ubong Akpan
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500