UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : |  |
| : | **21-cr-279 (DLF)** |
| v. : |  |
| : |  |
| **ETHAN C. SEITZ,** : |  |
| **Defendant.** : |  |

## STATEMENT OF FACTS FOR STIPULATED TRIAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Ethan C. Seitz, with the concurrence of his attorney, hereby submit the Elements and Statement of Facts for Stipulated Trial as to Counts 1 and 3 of the Indictment, Doc. 8.

**I.   Elements**

Count 1: Obstruction of an Official Proceeding, 18 U.S.C. § 1512(c)(2)

The essential elements of the offense of obstruction of an official proceeding and aiding and abetting, in violation of 18 U.S.C. § 1512(c)(2), each of which the government must prove the following beyond a reasonable doubt:

1. The defendant attempted to or did obstruct or impede an official proceeding;

2. The defendant intended to obstruct or impede the official proceeding;

3. The defendant acted knowingly, with awareness that the natural and probable effect of his conduct would be to obstruct or impede the official proceeding; and

4. The defendant acted corruptly.

The government further alleges that the defendant aided and abetted others in committing obstruction of an official proceeding. To satisfy its burden of proof in proving that the defendant aided and abetted others in committing this offense, the government must prove the following

beyond a reasonable doubt:

1. Others committed obstruction of an official proceeding by committing each of the elements of the offense charged;

2. The defendant knew that obstruction of an official proceeding was going to be committed or was being committed by others;

3. The defendant performed an act or acts in furtherance of the offense;

4. The defendant knowingly performed that act or acts for the purpose of aiding, assisting, soliciting, facilitating, or encouraging others in committing the offense of obstruction of an official proceeding; and

5. The defendant did that act or acts with the intent that others commit the offense of an obstruction of an official proceeding.

## Count 3: Disorderly or Disruptive Conduct in a Restricted Building, 18 U.S.C. § 1752(a)(2)

The essential elements of the offense of disorderly or disruptive conduct in a restricted building or grounds, in violation of Title 18, United States Code, Section 1752(a)(2), each of which the government must prove beyond a reasonable doubt, are:

1. The defendant engaged in disorderly or disruptive conduct in, or in proximity to, any restricted building;

2. The defendant did so knowingly, and with the intent to impede or disrupt the orderly conduct of Government business or official functions; and

3. The defendant's conduct occurred when, or so that, his conduct in fact impeded or disrupted the orderly conduct of Government business or official functions.

## II.     Statement of Offense

### The Attack at the U.S. Capitol on January 6, 2021

1.      The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2.      On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3.      On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session is set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15-18.. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5.      At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.8 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building

had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

8.      As a result of the civil disorder in Washington, D.C. on January 6, 2021, the United States Secret Service, who had multiple protectees inside the Capitol at the time, was forced to change its normal course of business and deploy additional personnel.

9.      As a result of the civil disorder in Washington, D.C. on January 6, 2021, Safeway, a grocery store chain, was forced to close its stores in the District of Columbia earlier than planned on January 6, 2021. As a result, Safeway reported significantly lower sales on January 6, 2021, both as projected and compared to the same date in prior years. Additionally, Safeway delivery shipments from Pennsylvania to the District of Columbia were unable to be completed on January 6, 2021.

<u>Ethan Seitz's Participation in the January 6, 2021, Capitol Riot</u>

10.     On January 5, 2021, Seitz posted on Facebook that he was "In Washington DC with it," along with a photograph of himself. *See* Image 1, below. Seitz traveled by himself to Washington, D.C., because he believed the 2020 Presidential Election had been stolen, and that former President Trump was the rightful victor.



*Image 1*

11.     Before leaving on this trip, he texted a family member on January 2 that "I'm leaving on the 5th and going to DC. I'll be back on the 7th. Pray hard that I have a safe and successful trip please." This family member warned him that, "You're gonna end up landing your ass in DC jail. And I won't know the first fucking clue on how to bail you out." Seitz responded, "Lol [laugh out loud] I dont think you need to worry about that," and then, "If they would actually overturn the election for the fraud against Trump it's hard to say how things could go. I'll be surrounded by a million like minded patriots."

12.     He texted a second family member that "Trump personally has asked goes [sic] this fight the election fraud!" In a second text, he explained his thinking:

> [W]e are both convinced there is a war going on. With the deep state. But also a
> war between Good and Evil. And we had a conversation about the possibilities of

6

what could happen if things we think come true. And also putting on the armor of God and fighting. And regardless of what is happening I feel like this is my first time to really stand up. ... I have high hopes in the great awakening. But things could get way worse. And way fast. I take a stand now if only for the experience of it. Cause I'm a stand firm [sic] on the belief that the time is very quickly approaching when good men are gonna have to do bad things. Because it's war.

13. In a third text to the same family member, he went on: "There is so much big shit going on behind the scenes. But it's a real war going on. I promise."

14. Consistent with his plans, Seitz attended the rally in support of former President Trump on January 6, 2021 in Washington, D.C. At the rally, Seitz heard a "militia" describe plans to "storm" the Capitol at 1:00 p.m. in order to "occupy the building and stop the procedural vote," as he wrote in a Facebook message.

15. Seitz's reference to the "procedural vote" referred to Congress's certification of the Electoral College vote. Seitz knew this vote was taking place on January 6, 2021 at the Capitol.

16. He also wrote a Facebook message stating that the militia wanted to "storm the Capitol and take the building after Trumps speech."

17. Hoping to send a message to Congress and stop the certification of the Electoral College vote, Seitz decided to march to the Capitol too. Once there, he joined the riot. He wanted his preferred candidate, President Trump, to remain in office for another four years.

18. In a series of Facebook messages, Seitz described his participation in the riot, often in real time. At 2:06 p.m., he wrote, "Cops blocking Capitol they just threw tear gas." At 2:25 p.m. EST, Seitz wrote "I'm goin in the capitol." Slightly less than two minutes later, Seitz entered the Capitol through a broken window next to the Senate Wing Door. *See* Images 2 and 3 below (still shots of CCTV from the U.S. Capitol Police surveillance system at 2:25:42 pm and 2:26:23 pm on January 6, 2021). At 2:27:20 p.m., Seitz wrote on Facebook, "I just climbed in through a broken window."

7



*Image 2*



*Image 3*

19.    At 3:03:52 p.m., Seitz sent a message on Facebook that "I was inside the capitol and was smashed in a group of people. They fuckin pepper sprayed us and hit us with tear gas

canisters inside capitol building." He continued, "I was inside upstairs in the capitol pushing with a group of people and they fuckin gassed us again. And pepper sprayed us." Two minutes later, he wrote in another Facebook message, "I climbed through a broken window of the capitol. We pushed and pushed bro. I've been gassed 2 or 3 times. And pepper sprayed. I had to climb back out I couldnt breath." As Seitz later told the FBI, he had merged with the back of a group of people "pushing" and "going where the cops didn't want people." At 3:03:57 p.m. EST, Seitz wrote on Facebook that he had "had to climb out a window." Indeed, at around 2:55 p.m., Seitz had climbed out a smashed-out window near the Senate Wing Door.

20. At 4:04 p.m. EST, Seitz texted a contact, "Stormed the capitol. They gassed us and pepper sprayed us. I was inside the capitol building." He texted a second contact at 7:27 p.m. EST, "I stormed the capitol building[.]". Later that night, on Facebook, Seitz wrote, "I didnt expect to be on the frontline storming the capitol and taking the building lol."

21. By approximately 4:28 p.m., Seitz was among a group of rioters being pushed back by police outside the west side of the Capitol Building. While being pushed back by an officer,

he momentarily grasped the officer's baton. *See* Images 4 and 5.



Image 4



Image 5

22. In an interview with a former radio host on the evening of January 6, Seitz stated he was part of a group that rushed in and "made it to the other side of the building" before encountering a door that the police had locked and barricaded. Once Seitz's group got enough people, he explained, "we pushed through and let the other side in." He said "we're here because we care about the integrity of the election and Donald Trump won this election."

23. That evening, Seitz wrote in a Facebook message, "Lol well I'm safe. I guess its whatever. First time I ever came to DC and I was right at the front of the charge into the capitol 🤷 [shrugging emoji] seems fitting I suppose." He wrote in another message: "But I did storm the fuckin capitol and climb in through a window. Got gassed and pepper sprayed. Flash bombs thrown at me. And fuckin rubber bullets shot at me."

24. He also wrote, "...the coup is already happening against Trump through a fraudulent election. The patriots in DC were here to show WE THE PEOPLE will not allow our country to be stolen! #StopTheSteal #MarchForTrump."

25. Seitz knew at the time he entered the U.S. Capitol Building that he did not have permission to enter the building. He obstructed, influenced, and impeded an official proceeding, that is, a proceeding before Congress, specifically, Congress's certification of the Electoral College vote as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15–18. He also impeded or disrupted the orderly conduct of other government functions, including the Capitol Police's protection of the Capitol and the Secret Service's protection of former Vice President Pence.

Without waiving any arguments in Mr. Seitz's Motion to Dismiss Count 1, the parties agree that if the Court finds the existence of these facts beyond a reasonable doubt, the defendant stipulates that this evidence would establish each and every element of Counts 1 and 3 of the Indictment, in light of the Court's ruling on the Motion to Dismiss Count 1 and without waiving the defendant's objection to the Court's ruling.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

By:    /s/ Katherine E. Boyles
    Katherine Boyles
    Assistant United States Attorney
    D. Conn. Fed. Bar No. PHV20325
    United States Attorney's Office
    601 D Street NW
    Washington, D.C. 20001
    Email: Katherine.Boyles@usdoj.gov
    Phone: 203-931-5088

### III. DEFENDANT'S ACKNOWLEDGMENT

I, Ethan C. Seitz, have read this Statement of the Facts and have discussed it with my attorney. I fully understand this Statement of the Facts. I agree and acknowledge by my signature that this Statement of the Facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Facts fully.

Date: 05/08/23

Ethan C. Seitz
Defendant

### IV. ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Facts and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Facts as true and accurate.

Date: 8/8/2023

Elizabeth A. Mullin, Esq. / Ubong E. Akpan
Attorney for Defendant

13