UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ETHAN SEITZ,<br><br>            Defendant. | Crim. Action No. 1:21CR279 |

### ORDER

Upon consideration of the defendant's Motion to Stay the Sentencing Hearing pending Supreme Court's resolution of *Fischer v. United States*, it is hereby ORDERED that the Motion is GRANTED and the Sentencing Hearing STAYED until further notice of the Court.

_____
Dabney L. Friedrich
District Judge