**EXHIBIT 1: VIDEO SUBMITTED TO CHAMBERS**