**EXHIBIT 2: LETTERS IN SUPPORT OF ETHAN SEITZ**


International Paper

**Greg Harville**
Site Manager
Marion Container

Date: 11/20/2023

Dear Judge Friedrich,

I am Greg Harville (Site Manger International Paper Marion, OH). It is unfortunate Ethan finds himself in a positon to need a letter of support from myself and others. I was eager to write it to show what I have come to know of Ethan over the last 2 years.

I was shocked when Ethan asked me if I would be willing to write a letter for him. Ethan was very honest on the reasons why the letter was needed and I could not have been more surprised. The Ethan I have come to know as my teammate here in Marion is not one I pictured to have himself in such a situation.

Ethan works for me on the corrugator, the most important piece of equipment in our facility. The corrugator supplies the rest of our facility with the raw materials needed to create the products requested by our customers. Ethan understands the importance of the machine and embraces the position. Ethan takes pride in producing quality material for the rest of the team. Ethan is part of the A-shift crew which is the best producing corrugator crew here in Marion. Ethan is also a part of the record setting team. He was vital to the team in 'producing the most lineal feet in a 12-hour period ever here in Marion. Ethan is reliable and comes to work. The team knows he will not call off and will be ready to do what is needed when he is in the plant. During a period of time when the plant staffing level was below standard, Ethan worked OT to cover for the vacancies for over 3 months.

Ethan is a part of the team relied on to train our new teammates. He is very willing to pass on his knowledge and have the patience the new teammates need to learn what is required of them to be able to perform and operate the corrugator. Ethan is also one of the hourly teammates, I rely on as leader of the plant to provide feedback on what is needed for the corrugator to improve. He has brought operational fixes to the table which helped increase the performance of the glue unit with regards to the application and consistency the unit was applying the glue needed to bond the corrugated board.

Ethan is an important part of the team in Marion. He has expressed to me he wishes the events never happened and he hopes they do not impact his future. If the team has to operate without him, it will be noticed. We will miss his knowledge and willingness to do what the team needs to have a successful shift.

Respectfully,

Greg Harville
Site Manger International Paper
1600 Cascade Drive
Marion, OH
740.383.8113

1

| | |
|---|---|
| From: | Dustin Murphy |
| To: | Elizabeth Mullin |
| Subject: | Character letter Ethan Seitz |
| Date: | Wednesday, December 6, 2023 11:11:22 AM |

EXTERNAL SENDER

dear judge Friedrich,

My name is Dustin Murphy. I am a supervisor with International paper in Marion Ohio and have been in this position since the end of 2020. I have known Ethan Sietz for somewhere between 2 and 3 years, I was the 3rd shift supervisor when he started on 2nd shift and would stay over to get more training and help when we were short staffed. I have always known Ethan through a professional relationship as supervisor and employee With very minor interaction outside of the workplace, most of which has been in the last 3 to 4 months. Currently Ethan works on my shift as my doubleback machine operator, even though we don't talk much outside of work I feel over the last several years I have gotten a fair understanding of the type of person Ethan is.

Ethan has a huge drive to do the best he can on whatever he is doing. He is currently part of the group of people that hold the record for most production during a single shift due to this drive. He goes above and beyond to look out for and help others when able to. Multiple times I have been stopped by other supervisors in our plant to have them tell me they are deeply impressed with how well and in depth Ethan goes with new hires when training to make sure they are set up for success as best as he possibly can. From what I have learned of Ethan over the past several years, at his core all he wants is for things to be fair and equal across the board for everyone. He will complain and point out when he does not feel the workload is being evenly handled and most of the time is correct but still does everything he can to keep our machine up and running. He has always done everything I have asked of him and I believe this is due to the " do right by me, and I will do right by you" attitude that seems to be deeply ingrained into him. Ethan constantly comes in to work on his days off to help out the other struggling shifts. A great example of this is  on the weekend of 12-01-23 Ethan came in on both Friday and Saturday even though he already had plans on Saturday to keep our machine from shutting down due to staffing. For the first 4 to 5 months after our plant changed to a 24/7 work schedule Ethan came in almost every day he had off to help me train the new employee's I had on my shift ( this was before he was actually part of my crew).

I can not speak to any life ambitions that Ethan may have as it has not been a topic of conversation for us, but from what he has told me he wants to live a simple life that is hassle and struggle free. Multiple times we have had conversations about his disabled dog that he loves like a child, that leaves no doubt in my mind that he is a deeply caring person. He has spoken of all that he does to make sure he dog has a good life,  such as leaving a TV on when he is at work so the the dog has something to keep it occupied or (jokingly)
mentioning wanting to get the dog its own pet so it doesn't get lonely while he is at work. At work Ethan is always looking out for those he works closely with to make sure they have the chance to get their break time even on hectic days when it may put more strain on him.

Ethan is a very strong individual and when he sets his mind to something nothing can stop him from achieving it but himself.  He has mentioned in the past that he struggled with addiction but managed to turn himself around and has been clean and sober for multiple years which I feel speaks volumes to his dedication and will to better himself. We have not talked much

about the situation he got himself into but when asked why he would be part of it he said "I just wanted something to change" from his tone and body language you could tell he regretted how everything happened. After learning of Ethan's violation my opinion of him has not changed in the least. He is still the same goofy, fun loving, hard working  pain in the butt he has been since the first day I met him and would not trade for the world. The world would be better if more people shared Ethans drive to do the best they could on a day to day basis.


thank you for your time,
Dustin Murphy

September 5, 2023

To whom it may concern,

I first met Ethan in December of 2021, in orientation class for International Paper. We were 2 in a class of 3 new hires. It was obvious to me early on that Ethan had a sharp mind and good work ethic. He strived to learn as much as he could, as fast as he could.

In the nearly 2 years to follow that first meeting, Ethan continues to be an impressive addition to the team. In that short amount of time, he has become one of the most knowledgeable and dependable workers I have. I know I can count on him in a crunch time or daily runs. He gets along well with the crews, and always tries to bring calmness and light hearted banter to the table. I appreciate the positivity and morale boost that comes with it.

Ethan commonly volunteers for overtime and works extra shifts to backfill openings and help with training opportunities. I rely on Ethan as one of my greatest assets as a trainer. His patience and way of explaining the step by step that goes along with the job helps new hires feel comfortable in what they are learning, and not overwhelmed. He is my greatest of all trainers in the double backer roll that he fills with us.

Ethan has created strong relationships with his work mates. The friendships and care he shows for others is noticed and reciprocated. I wish it were more common amongst others. He is a great guy to have on our team!

Tracy Childers

*Tracy Childers*

Corrugator Supervisor
International Paper
Marion, OH

To Whom it may concern,

My name is Billy Hamby. I am a 39 year old father and close friend and co-worker to the defendant Ethan Seitz. I have known and worked with Ethan now for about 2 years. Since I have came to know this man, all I've known him for is submitting remorse and sorrow for the actions he pulled as the former individual he once was.

Ethan is a caring and dependable friend. On multiple occasions he has bailed me out of a financial hard spot, and been there to support me by talking to me and helping me get back on track. Leading by example, he is the hardest worker I've come to know, always taking the time and concentration into every task and job he performs.

Ethan is a very generous man. He would lift the shirt off his back to anyone, and he always treats me and all of his other co-workers with respect and cordiality.

Mr. Seitz is very ambitious and is a key factor to the operation and our success here at work. He demonstrates natural leader qualities and is one of the most focused and independent people I know. He deserves a second chance, and another attempt at righting his wrongs. I fully declare these words as truth and honesty upon my brother's future.

Sincerely,
Billy HAMBY
X [signature]

Dear Judge Friedrich,

My name is Cynthia Campbell and I am Ethan Seitz 'mother. Ethan is the youngest of two children. He was born on the 4th of July, 1989. He possesses many attributes including loving kindness, compassion, empathy, and generosity. He is reliable and has a great work ethic, and is loyal to his family, friends and commitments. He has taken a step up dad role with his girlfriend's daughter, supporting her financially, being there for school activities, encouraging her and enjoying outings with her and her mother.

Ethan and his older sister grew up in a country home and attended a rural school. His performance was excellent and he did well blending in with other children. He was involved in Little League baseball and enjoyed it very much! He took a hard hit to his face and broke his eye socket but returned without reservation to play with his team. In his second year his coach died in a horrific car crash and it shook the team. Our family attended games and Ethan's dad was involved with the team.

On the outside we looked like the perfect family. The truth was we lived in a pressure cooker never knowing what would set their dad off. He was a good provider and loved his children, but had narcissistic tendencies and believed that his family should revolve around him. He felt the kids should be home and working. He mandated I help with whatever he was working on and maintain all the household chores and then some. We had many arguments about Ethan and his sister going to stay with friends on the weekends or having plans to do other activities. Their dad was overbearing much of the time. He was physically abused as a child by his own mother and he was never encouraged to socialize with schoolmates.
I feared he would abuse his children by disciplining in anger and I objected to his idea of discipline with a board and other verbal abuse. He was verbally and emotionally abusive. He was very critical of Ethan and told him he would never amount to anything. Ethan's dad had anti-establishment views and enjoyed the practice of challenging authority and the system.

Time passes and Ethan finishes grade school as a good student, gifted in math and reading. He rejected a class for gifted children in spite of my encouragement. He felt he would be ridiculed by other classmates if he went to the class. I didn't insist he go. He was a very intelligent child and sometimes seemed wise beyond his years.
 He befriended children who were developmentally challenged and made fun of by other classmates. He protected the poor and disadvantaged and was once the only child to show up at a birthday party for one of these children. His compassion extended to animals and toys in that he chose the "ugly" kitten and a pink unicorn because he didn't think anyone else would choose them.

Middle school was when I saw things change. Ethan had started smoking cigarettes and was experimenting with marijuana. Using opiates wasn't far behind and he hid his drug use well.

High school was quite a challenge! Ethan, although very intelligent, did not apply himself, and his grades were proof. He was addicted and that took precedence. He became more withdrawn and didn't want to attend school. The school environment wasn't helping and we allowed him to

attend an online classroom as a sophomore. He gained very little from that and entered a vocational school in Computer programming in his Jr. year. This seemed to be the best fit so far and he had a wonderful teacher. Things were going along pretty well… and then his best friend died in a fiery accident, going to work after school. This was the beginning of a nightmare.

Ethan was the rock for his closely knit classmates, consoling them, and his friend's family. He carried his best friend to his final resting place. I witnessed him hiding his grief while he was breaking apart inside. His grief would become obvious soon after.

Ethan became depressed, and did not want to attend school. He accelerated his drug use. He was more withdrawn.
He finished his Jr year and his class became very close due to the loss of their friend.

2008 Senior year: Ethan dated the homecoming queen, a beautiful girl from our small town. He appeared happy. Graduation day came and he refused to walk. He asked for his diploma to be mailed. He didn't want a party but his proud parents pushed and we had a small gathering. He didn't function well with crowds and didn't wish to talk with people …primarily because of the addiction. His homecoming queen was also an addict and unfortunately that was the glue that kept them together. Eventually the drug relationship fell apart. Ethan and a friend moved home but it wasn't long before he had a falling out with his dad. It seemed he couldn't do anything right and his dad was very critical. Ethan had very low self esteem and didn't feel ready for life after high school.

Ethan spent his 21st birthday in the OSU burn unit. A little party at his cousin's house, a little gasoline and a lighter to start a bonfire changed his life. Walking from the garage with a can of gasoline to start a fire, he was unaware he had spilled gas on his shirt and pants. When he lit the line of gas, he went up in flames. He later said "Mom, I thought I was going to burn to death." He was unable to get out of his high top tennis shoes, therefore, preventing him from getting his pants off. When his cousins came out to help, as they tried to get his shoes off, they literally split in half. Finally, the fire was put out and he was taken to the ER, then transferred to OSU and we were told he had burned 30% of his body. He had 3 skin graft surgeries and spent 17 days in the burn unit. Upon returning home to his dad's, he set up his own rehab program with a drum set in the basement to prevent skin contractures. He never complained through all the pain.

Ethan saw his health provider after he was released from OSU and she diagnosed him with Bipolar disorder, depression, and anxiety disorder. He had dreams of fire a long time after and I believe he likely has PTSD. He had suffered quite an ordeal during the fire and in the burn unit.

As the drug use raged, Ethan and his dad had a falling out over drugs and
Ethan lived with his girlfriend for a while and later alone in a garage belonging to another addicted friend. Things were getting worse. His living circumstances were taking a toll on his mental health and Ethan was suffering.

In 2010 I left his dad after 30 yrs of marriage and soon after Ethan came to stay with me. It was a very crazy life. I was enrolled in Mortuary school after finishing my BA in psychology at OSU.

Ethan was addicted to his drug of choice, opiates, anything that would get him high, and had graduated to Heroin. He had crossed the line he drew for himself, and was clearly out of control.

He decided to go to OSU and did very well in spite of the drugs and not attending for 3 weeks before finals. He did well on his final exams and completed the semester.

Not long after finishing the semester,
Ethan decided to return to his dad's house and moved back in and they reconciled.
His dad needed his company since I had left, and they had a tumultuous relationship over the course of the next few years. His dad developed Parkinson's disease as well as other serious health issues. Ethan became his caregiver since all the caregivers he had through agencies refused to work for him. During this time he lost his dog with whom he had spent 18 yrs of his life. Ethan was very fragile at this time. He was shattered and even contemplated suicide. With support from his family he gradually let go and began healing from the loss. She was truly his best friend and always there for him.

The home Ethan grew up in turned into a party house. His dad was now an addict and Ethan was an IV user of heroin. He fixed meals, helped his dad bathe, dress, changed his bed, and helped him up to the bathroom. He ran errands, took him to his Dr appointments and did the grocery shopping. This he did for the father who told him he would never hold down a job. Ethan has a very forgiving nature.
He was exhausted and overwhelmed, dealing with his addiction, keeping up with all the demands and losing his grip. Ethan was a 6' 110lb shell of his former self, trying to care for a 300 lb man who couldn't control his gait even with a walker, couldn't get in or out of the bathtub or up in a chair without help. It was so disheartening to see the decline of my ex husband and the decline of my son's health, mental state, and lack of self care. It was time for his dad to get the care Ethan could no longer provide, in a nursing facility. He had taken care of his dad for 6 yrs.

As a family, we chose a place for his care based on my nursing experience. We got him placed and my husband and I moved into the house my ex and I purchased. Ethan stayed for a period of time, each day better than the one before and closer to sobriety. It was as if he was starting his life for the first time.

 He decided he wanted to get clean and on his own, without meds or therapy he began the process. He moved out, moved in with his new girlfriend who had never used drugs or alcohol, and after a short time he decided it was time to find a job. He found a job the first day out and was hired after a clean drug test and he proved his ability through the temp agency. He was well liked and a very fast learner. He was put on the hardest job in the shop. Ethan preferred this, as the job kept him moving. He wanted to stay busy! He didn't want to think about his addiction and his dad being in a nursing facility. He didn't want to live in his head. Staying busy was his best defense against his addiction.

January 6. Ethan attended the rally in DC and came home the next day. He returned to work and back to normal until the day the Feds came to his workplace and arrested him. His employer did not want the bad publicity when his arrest was made public and fired him. The company was closing down and he not only lost his job, he lost $8000. in severance pay.

Ethan quickly found another job. He worked there until a better opportunity presented itself and he applied for the job he is currently working. He set his sights on a job at International paper and went after it. He was hired! Once again, he was doing a challenging job and doing it well. He was asked to train a new employee shortly after he learned his new job, and they were trained well. Ethan has been rewarded for his work ethic as well as devotion to the company, on several occasions over the past 2 years.

His dad passed in 2021 and Ethan took charge of the finances with the funeral home. Although Ethan and his dad often didn't see eye to eye, Ethan wanted him to have the burial he wanted. He loved him even on a bad day and respects his memory. He struggled not to use, during this time, but stayed true to himself and his commitment to stay clean.

He's currently been clean for 5 yrs, still employed by International paper. He works with great attendance, brings great morale to his co-workers and has set several production records. He volunteers for overtime and is well liked and respected by his superiors. He has an apartment of his own and adopted an abused dog that had a leg amputated after being dumped and hit by a car. He manages his apartment and his bills responsibly.

In conclusion, I've never seen Ethan as happy in his adult life as he is now. He has new friends at work and has disassociated with his former circle who continue to use drugs. He is appreciated at his job and he takes initiative to go above and beyond his duties. There are opportunities for advancement at his job and he plans to stay there until retirement. He is a productive citizen and gives back to those in need.
 We are hopeful that Ethan's sentencing will be in his best interest. He has overcome so much to get where he is today! Thank you!

Respectfully,

Cynthia Campbell

From: **Amy Eulett** <aeulett@gmail.com>
Date: Sun, Dec 3, 2023, 5:33 PM
Subject: Character letter for Ethan C. Seitz
To: <EIizabeth_Mullin@fd.org>

Dear Judge Friedrich,

My name is Amy Jo Eulett and I have been the girlfriend of Ethan C. Seitz since November of 2018. While I am Ethan's partner, I am first and foremost a mother and grandmother. I am a hard worker and a dedicated provider for my family. I have 3 children aged 15, 19 & 21 and a 3 year old granddaughter; and Ethan has been wholly involved in their lives for the past 5 years.

While I had met Ethan in my early childhood, I didnt actually get to know him until the summer of 2018 when we connected online. In the beginning of October of 2018, I picked him up from his house in Galion, Ohio and we were heading to Shelby, Ohio to his sister's to chill for the night. We were all hanging out, watching football and eating pizza. After everyone else retired to bed, Ethan and I cuddled on the couch talking about life. As we talked, I noticed a large bruise around his left arm and I curiously asked what happened. Ethan told me that it was a tie off mark from shooting up drugs. He told me he was trying to get clean off all drugs but was still shooting up Suboxone. I was taken aback and yet so empathetic all at once. I've never done drugs or had any experience with drugs of any kind and I wasn't sure how to take this information. I praised him for his decision to get clean and encouraged him to keep up the good work.

A few weeks later, Ethan decided to come visit me at my home. My children were not home at the time and I felt comfortable allowing him in. Our conversation turned deep and he truly wanted to get clean and that included no Suboxone and I felt compelled to give him a safe space to detox. All his friends and family that he was close to either drank or did drugs and he felt that he couldn't maintain sobriety being in their company. I allowed him to move in and focus on his sobriety. Little did I know what path we were about to embark on! That journey we took was the most treacherous yet rewarding path either of us have ever taken in life!

October 18th, 2018 began Ethan's official sobriety date- that was 1,872 days as of this letter on December 3rd, 2023.

Ethan is one of the most successful and rewarding recovery stories I've seen. His drive to stay sober and succeed in life in unfathomable. He tells me all the time, "No one will go harder for things they want in life than a recovering addict" and I've never heard such truer words to be spoken. He is an extremely dedicated partner and has been involved in my success as well as my children's. He has been a great role model, provider and friend. He's a wonderful uncle to 3 little boys. He's the beam of his mother's eye and the most reliable brother. He is a huge asset to his company and coworkers, bosses and upper management alike all speak highly of his reliability, dedication, work ethic and character.

While Ethan and I took a 2 year break from our relationship, he stayed in contact with all 3 of my children. Despite our issues, he made sure to maintain a growing relationship with them. A break was much needed to help Ethan gain some independence and responsibility for himself. At

29, and newly sober, Ethan had never held an honest job, had his own apartment or owned his own vehicle. During our separation, Ethan got his own apartment and car. He pays for all his own bills and has maintained this for 2 years now.

During our separation, Ethan's father passed away. He fought the urge to self medicate with drugs and relapse and that speaks volumes on his dedication and true will to maintain to be a better person in this life. He truly is a recovering addict. There is no such thing as a "recovered addict". This is a daily will to stay sober- and the willpower this involves is unsurpassed.

Ethan and I have enjoyed donating food, necessities and more to so many causes, including but not limited to nursing homes, schools and food pantries. We give to those in our community who have suffered huge losses. We love paying for random strangers' food and our favorite is tipping our waitresses well! Ethan has a heart of gold that shines supreme.

In concluding my letter, I ask that you consider all this man has gone through, conquered and overcome. His choices made on January 6th were poor, and in hindsight, he knows this and is apologetic of his actions. I ask that you give him the chance to prove himself, right his wrongs and continue to grow in his life as well as his recovery.

Amy Eulett

Dear Judge Friedrich,

My name is Shane Campbell. I met Ethan in 2009, when I met his mother. Ethan was actively using drugs and I have seen many changes in Ethan over the past 14 yrs.

Ethan is an extremely intelligent young man. He has a big heart and a kind nature. He reaches out to help others in need and doesn't expect anything in return. A coworker was giving Ethan a ride to work while he was trying to replace his car. Ethan surprised him with cash close to Christmas. The man was very surprised and really needed the extra money at that time. Ethan also gives to the Angel tree for needy children during the holidays as well as other community help programs.

He's a loyal friend and coworker to those in his circle and has a friendly demeanor.
He once helped a friend by buying her a car so she could go to work to support herself.

He is very determined, sets goals and consciousnessly works to reach them. Recently, Ethan had an elderly woman pull out in front of him and totaled his car. Her insurance didn't pay enough to replace his car so he had to pay out of pocket. He had been saving to upgrade his car, so he was prepared. He got a nice car due to his desire to improve his lifestyle, and his willingness to work overtime.

Ethan stayed with his mom and I from time to time. He was using drugs and going through a really hard time. He could see his dad's condition deteriorating and he could see the outcome of his illness coming. During this time he was charged with many responsibilities, one of which was putting his dad's dog down. It was very difficult and he numbed the pain with drugs. A few months later, he lost his own dog, after having her for 18 yrs. She was there for every experience he went through, good and bad. He was depressed, distraught and contemplated ending his own life. We spent time with him, sometimes until the early morning hours making sure he was safe, talking, counseling and praying with him. Ethan worked his way through his grieving process and although he still misses her, he has opened his home to another dog and has bonded with her.

Ethan has made an amazing turn around and has been clean for 5 years. He lives a positive and productive life. He is well adjusted and enjoys life with his girlfriend and her daughter on a whole different level. He can now laugh and enjoy family without being high. He's the best version of himself and I'm proud to be his stepdad.

Thank you for taking time to read the letters submitted for Ethan.

Sincerely,

Shane Campbell