**EXHIBIT 3: EMAIL COMMUNICATION WITH MR. SEITZ'S SUPERVISOR**

**From:** Greg Harville <greg.harville@ipaper.com>
**Sent:** Thursday, November 30, 2023 7:01 AM
**To:** Elizabeth Mullin <Elizabeth_Mullin@fd.org>
**Subject:** RE: [External] :Re: Ethan Seitz letter

You are correct.

Greg

**From:** Elizabeth Mullin <Elizabeth_Mullin@fd.org>
**Sent:** Wednesday, November 29, 2023 9:29 PM
**To:** Greg Harville <greg.harville@ipaper.com>
**Subject:** RE: [External] :Re: Ethan Seitz letter

Mr. Harville, thank you again for your time with these questions.  So, am I correct in saying that if Ethan does not go to prison and is able to stay employed, he will not lose his job due to a conviction for obstruction of justice, because it was non-violent. But, if he has to go to prison, he would have to resign and he may be eligible for re-hire but only if there is a position open and he isn't away from work for an extended period of time?  \\

Thank you again for your time and effort for Mr. Seitz.

Elizabeth Mullin
Trial Attorney
Federal Public Defender for the District of Columbia
625 Indiana Avenue, N.W. STE 550
Washington, D.C. 20004
202-208-7500 ext. 5101


**From:** Greg Harville <greg.harville@ipaper.com>
**Sent:** Monday, November 20, 2023 2:29 PM
**To:** Elizabeth Mullin <Elizabeth_Mullin@fd.org>
**Subject:** RE: [External] :Re: Ethan Seitz letter

In speaking with HR, He would have to resign with 2 week notice. If we terminate him he would not be eligible for rehire. The offenses we do not rehire for are violent , repeat offenses or ones that would require extended period of time away from work.

Greg

**From:** Elizabeth Mullin <Elizabeth_Mullin@fd.org>
**Sent:** Monday, November 20, 2023 1:20 PM
**To:** Greg Harville <greg.harville@ipaper.com>
**Subject:** RE: [External] :Re: Ethan Seitz letter

Thank you, this is very helpful.

**From:** Greg Harville <greg.harville@ipaper.com>
**Sent:** Monday, November 20, 2023 11:54 AM
**To:** Elizabeth Mullin <Elizabeth_Mullin@fd.org>
**Subject:** RE: [External] :Re: Ethan Seitz letter

Only if he has to reapply.

I will follow up with HR.

Greg

**From:** Elizabeth Mullin <Elizabeth_Mullin@fd.org>
**Sent:** Monday, November 20, 2023 11:50 AM
**To:** Greg Harville <greg.harville@ipaper.com>
**Subject:** RE: [External] :Re: Ethan Seitz letter

Yes, that would be helpful.  The charge does not involve violence.

If you wouldn't mind, getting the parameters would be great.

Now if he does not go to prison, would he have to go through a background check or would that only happen if he has to reapply?

Thank you so much for your help.

**From:** Greg Harville <greg.harville@ipaper.com>
**Sent:** Monday, November 20, 2023 11:47 AM
**To:** Elizabeth Mullin <Elizabeth_Mullin@fd.org>
**Subject:** RE: [External] :Re: Ethan Seitz letter

I do not know the exact criteria. I do not know if it has a component of violence it is not good. Do you need the exact parameters ? I would need to get them from HR.

Greg

**From:** Elizabeth Mullin <Elizabeth_Mullin@fd.org>
**Sent:** Monday, November 20, 2023 11:31 AM
**To:** Greg Harville <greg.harville@ipaper.com>
**Subject:** RE: [External] :Re: Ethan Seitz letter

If the charge is a felony will he lose his job even if he doesn't go to prison?

**From:** Greg Harville <greg.harville@ipaper.com>
**Sent:** Monday, November 20, 2023 10:57 AM

**To:** Elizabeth Mullin <Elizabeth_Mullin@fd.org>
**Subject:** RE: [External] :Re: Ethan Seitz letter

He would lose his job. He would be eligible for rehire provided we have openings ,provided he can still pass the background check requirements ( this will depend on the category his charges fall under). I have some control her locally if the charges do not exclude him under the corporate guidelines.

Greg

**From:** Elizabeth Mullin <Elizabeth_Mullin@fd.org>
**Sent:** Monday, November 20, 2023 10:43 AM
**To:** Greg Harville <greg.harville@ipaper.com>
**Subject:** [External] :Re: Ethan Seitz letter

Thank you! This is perfect. I have a question the judge may want to know — will Ethan lose his job if he goes to prison for an extended period? and if he does, how easy would it be for him to get it back? Thank you again. This is very helpful.

Get Outlook for iOS

**From:** Greg Harville <greg.harville@ipaper.com>
**Sent:** Monday, November 20, 2023 10:39:53 AM
**To:** Elizabeth_Mullin@fd.org <Elizabeth_Mullin@fd.org>
**Subject:** Ethan Seitz letter

I have attached a letter in support of Ethan Seitz. Please let me know if you need anything else or if changes need made.

Greg Harville
Site Manager
International Paper
Marion,OH
Office 740-383-8113/Cell 740-390-9019
Success is not final,failure is not fatal. It is the will to continue that counts. – Winston Churchill

