UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 21-cr-279-DLF |
| | : | |
| ETHAN C. SEITZ, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S RESPONSE TO COURT'S ORDER AND
UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING AND DEADLINES**

The United States of America respectfully files this response to the Court's Order, Doc. 74, and moves this Court to continue the sentencing hearing and deadlines in this case. The government respectfully requests 60 days in which to submit a proposed date for sentencing and a briefing schedule regarding the impact of *Fischer* on this case.

By way of background, Defendant was convicted of one count of obstructing an official proceeding, in violation of 18 U.S.C. § 1512(c), and one count of disorderly or disruptive conduct in a restricted area, in violation of 18 U.S.C. § 1752(a)(2), by way of a stipulated bench trial in August 2023. *See* Docs. 61, 62, 63, and 8/8/23 Minute Entry for Stipulated Trial. Sentencing was initially scheduled for January 8, 2024. *See* 8/9/23 Minute Entry. Defendant then moved to continue sentencing in light of the Supreme Court's grant of certiorari in *Fischer v. United States*, No. 23-5572. *See* Doc. 65. The Court granted Defendant's motion and requested a status report regarding "a schedule for further proceedings and containing argument as to the effect of the ruling, if any, on the defendant's conviction and/or sentence." 12/22/23 Minute Entry. The Supreme Court issued its decision in *Fischer v. United States* on Friday, June 28, 2024. *See* 603 U.S. ---, 144 S. Ct. 2176 (2024). The Court issued an order today directing the parties to contact the Courtroom deputy to schedule a sentencing hearing within the next 14 days. *See* 7/19/24 Minute Entry.

With apologies to the Court for the belated filing of this response and motion to continue sentencing, the government respectfully requests a period of 60 days to analyze the impact of *Fischer* on this case. The government is still evaluating the Supreme Court's decision, which affects many defendants in this prosecution. In *Fischer*, the Court held that Section 1512(c) does not cover "all means of obstructing, influencing, or impeding any official proceeding." *See* 144 S. Ct. at 2185. The Court did not reject the application of 1512(c)(2) to all January 6 cases, however. *See id.* at 2190 (majority op.); *see also id.* at 2193 ("And it might well be that Fischer's conduct, as alleged here, involved the impairment (or the attempted impairment) of the availability or integrity of things used during the January 6 proceeding 'in ways other than those specified in (c)(1).' … That issue remains available for the lower courts to determine on remand.") (Jackson, J., concurring). Given the Supreme Court's holding and the potential implication for dozens of related cases with varying procedural postures, the government needs additional time to assess the impact of *Fischer* on Defendant Seitz's case.

Furthermore, the government notes that the Supreme Court Case has remanded the *Fischer* case to the D.C. Circuit for further proceedings. *See id.* at 2190. Through those further proceedings, the Court of Appeals will likely interpret the scope of the statute in light of this decision. Out of respect for judicial economy, and to ensure a uniform and consistent approach before each judge of this District and Circuit, the government is evaluating its approach to 1512(c)(2) carefully.

For these reasons, the government respectfully request that the Court continue sentencing and associated deadlines, and order the parties to submit a proposed date for sentencing and a briefing schedule regarding the impact of *Fischer* within 60 days of the filing of this motion. The government has conferred with defense counsel, who have no objection to the relief sought herein.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    /s/ Katherine E. Boyles
        Katherine Boyles
        Assistant United States Attorney
        D. Conn. Fed. Bar No. PHV20325
        Phone: 203-931-5088
        United States Attorney's Office
        601 D Street NW
        Washington, D.C. 20001