Notice of Appeal Criminal

CO-290
Rev. 3/88

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,            :

                   v.                :            Cr. No. 21-279 (DLF)

ETHAN SEITZ,                         :

            Defendant.               :

# NOTICE OF APPEAL

**Name and address of appellant:**              Ethan Seitz
                                                807 South Sandusky Avenue, #1
                                                Bucyrus, Ohio
                                                44820

**Name and address of appellant's attorney:**   Elizabeth Mullin
                                                 Assistant Federal Public Defender
                                                 625 Indiana Avenue, NW, Suite 550
                                                 Washington, DC 20004

**Offense:**      18 U.S.C. 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted
                  Building or Grounds

**Concise statement of judgment or order, giving date, and any sentence:**

        Judgment filed on September 16, 2024.

**Name and institution where now confined, if not on bail:**

**I, the above-named appellant, hereby appeal to the United States Court of Appeals
for the District of Columbia Circuit from the above-stated judgment.**

  9/23/2024                                        ETHAN SEITZ
   DATE                                            APPELLANT


CJA, NO FEE _____ FPD _____                      Elizabeth Mullin
PAID USDC FEE __ No _____                        ATTORNEY FOR APPELLANT
PAID USCA FEE __ No _____

Does counsel wish to appear on appeal?  _X_ Yes  ___ No
Has counsel ordered transcripts?  __ Yes  __x No
Is this appeal pursuant to the 1984 Sentencing Reform Act?  _X_ Yes  __ No