# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-3120**                                    **September Term, 2024**

1:21-cr-00279-DLF-1

Filed On: February 3, 2025 [2098285]

United States of America,

      Appellee

    v.

Ethan C. Seitz,

      Appellant

## M A N D A T E

In accordance with the order of February 3, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                             **FOR THE COURT:**
                                             Clifton B. Cislak, Clerk

                             BY:     /s/
                                             Amy Yacisin
                                             Deputy Clerk

Link to the order filed February 3, 2025